387 A.2d 101

Belikoff, Appellant, v. McLaughlin et al.

Argued December 14, 1977. Stephen M. Belikoff, appellant, in propria persona; Frank N. Gallagher, with him Eastburn and Gray, for appellees.

Order affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.

387 A.2d 101

Bell v. McClain, Appellant, et al.

Argued December 6, 1977. Randy L. Sebastian, with him William J. Gallagher, for appellant; Fred T. Cadmus, III, with him Cadmus, Patten and Werner, for appellee.

Judgment affirmed.